732 A.2d 1157

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Carolyn KING, Petitioner.**

**Commonwealth of Pennsylvania, Respondent,**

v.

**Bradley Martin, Petitioner.**

**Nos. 105, 106 Capital Appeal
Docket 1996.**

Supreme Court of Pennsylvania.

May 3, 1999.

### *ORDER*

PER CURIAM.

AND NOW, this 3rd day of May, 1999 upon consideration of petitioners' joint emergency motion for a stay of execution pending the resolution of their petitions for a writ of certiorari, IT IS HEREBY ORDERED that petitioners' application is GRANTED and their executions will be stayed pending action by the United States Supreme Court on their petitions for writ of certiorari from this Court's ruling in *Commonwealth v. King and Martin,* 554 Pa. 331, 721 A.2d 763 (1998).